IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| OLUBUSOLA OGUNLADE, | § | |
| | § | No. 126, 2024 |
| Appellant/Petitioner Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S24A-02-001 |
| KELVIN JOHNSON, SR., | § | |
| | § | |
| Appellee/Respondent Below, | § | |
| Appellee. | § | |

Submitted: October 18, 2024
Decided: December 5, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After considering the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's February 29, 2024 order dismissing the appellant's notice of appeal and, in the alternative, her petition for a writ of certiorari from the Justice of the Peace Court's judgment after a trial *de novo*.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice